# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-59 CAS |
| ) | |
| FEDERAL GOVERNMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Over the past five months, plaintiff has filed numerous delusional and frivolous cases in this Court regarding an alleged religiously motivated conspiracy.[1] He alleges that the federal government and other named defendants are "ungodly" and are "using racism and terrorism" against him and are trying to murder him and his family.

---

[1] *See, e.g., Warren v. Federal Gov't*, No. 4:13-CV-1465 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1560 RWS (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1570 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1634 HEA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1643 AGF (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1780 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1878 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1906 TIA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1998 SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2069 SPM (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2093 DDN (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2147 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2206 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2233 CAS (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2303 NAB (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2306 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2339 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*; 4:13-CV-2340 TIA (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2379 JCH (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2408 CDP (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2444 TCM (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2539 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2560 AGF (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2564 HEA (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2630 CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:13-CV-2631 SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:14-CV-0023 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, 4:14-CV-0048 JAR (E.D. Mo. 2013).

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *Warren v. Federal Gov't*, 4:13-CV-1878 CEJ (E.D. Mo. 2013). This case is no different from his previous cases. Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. *See In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) ("Judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**. [Doc. 2]

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice.

A separate Order of Dismissal will be filed contemporaneously.

 

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   15th   day of January, 2014.